MC 04-217 SOM-BMK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| Civil Action No. 94-WM-2581 | ) | Adversary Proceeding No. 94-1370-PA |
| | ) | Chapter 11 |
| In re: | ) | Case No. 92-18853-DEC |
| | ) | |
| Integra Realty Resources, Inc., | ) | Case No. 92-18854-PAC |
| and | ) | |
| Integra – A Hotel & Restaurant Company | ) | |
| Tax I.D. No. 48-0764252 | ) | Case No. 92-18855-CEM |
| and | ) | |
| BHC of Denver, Inc., | ) | Jointly Administered under |
| Tax I.D. No. 74-27914828 | ) | Case No. 92-18853-DEC |
| | ) | |
| Debtors. | ) | |
| | ) | |
| Jeffrey A. Weinman, as Trustee | ) | |
| for the Integra Unsecured Creditors' Trust. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Fidelity Capital Appreciation Fund, et al., | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 2 2007

at 12 o'clock and ___ min ___ M
SUE BEITIA, CLERK

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 21 day of June 2007
GREGORY C. LANGHAM
By_____
Deputy

## ASSIGNMENT OF FINAL JUDGMENT NO. 46

Known all men by these presents that Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust (the "Assignor"), holder of a certain judgment identified particularly by Final Judgment No., 46 entered on November 17, 1999 (the "Judgment"), registered in the United States District Court of Hawaii on September 7, 2004, identified specifically by case number 2004MC00217 and revived by Order of the United States District Court of Colorado on March 22, 2007 as set out specifically in the Revived Final Judgment No., 46 docketed on May 24, 2007 (the "Revival"), for good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, without recourse, grant, bargain, sell, transfer and otherwise assign over unto:

**Title 11 Holdings, LLC**
**8245 Tournament Drive; Suite 230**
**Memphis, TN 38125**
**(901)748-2900**

(the "Assignee"), all right, title and interest in and to recover as judgment from each Defendant the sum to become due thereon with interest, and all rights accrued or to accrue under said judgment below and attached hereto, individually. Copies of the Judgment and Revival are attached hereto and incorporated herein by reference.

In witness whereof, said Assignor has signed these presents this 5th day of June, 2007.

          Jeffrey A. Weinman, Trustee
          Integra Unsecured Creditors' Trust
          c/o Lindquist & Vennum P.L.L.P.
          600 17th Street, Suite 1800 South
          Denver, CO 80202-5441

          By: _____

State of Colorado  )
County of Denver  )

    In Colorado in Said County on the 5th day of June, in the year 2007, before me, the undersigned, a notary public in and for said state, appeared Jeffrey A. Weinman, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

          _____
          Notary Public
          Print Name: Lisa Barenberg
          My Commission Expires: June 8, 2009