IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

NOV 17 1999

JAMES N. MANSPEAKER
CLERK

Civil Action No. 94-WM-2581

In re:                                          ) Adversary Proceeding No. 94-1370-PAC
                                                )    Chapter 11
INTEGRA REALTY RESOURCES, INC.,                 )    Case No. 92-18853-DEC
and                                             )
INTEGRA - A HOTEL AND RESTAURANT                )    Case No. 92-18854-PAC
COMPANY                                         )
Tax I.D. No. 48-0764252                         )
and                                             )
BHC OF DENVER, INC.,                            )    Case No. 92-18855-CEM
Tax I.D. No. 74-27914828                        )
                                                )    Jointly Administered under
        Debtors.                                )    Case No. 92-18853-DEC
                                                )
                                                )
Jeffrey A. Weinman, as Trustee                  )
for the Integra Unsecured Creditors' Trust,     )
                                                )
        Plaintiff,                              )
                                                )
    v.                                          )
                                                )
Fidelity Capital Appreciation Fund, et al.,     )
                                                )
        Defendants.                             )

---

**FINAL JUDGMENT NO. 46**

---

Pursuant to and in accordance with the Order Approving Class Settlement With Right to Opt Out entered by the Honorable Walker D. Miller, Judge, on July 7, 1999, and all procedures required thereby having been satisfied, it is

ORDERED AND ADJUDGED that the Plaintiff, Jeffrey A. Weinman, as the Trustee of the Integra Unsecured Creditors' Trust, recover as judgment from each Defendant below, individually:

1. ~~Defendant Torano Abe and Mildred H. Young, the sum of $1,060.00;~~
2. ~~Defendant Alfredo R. Briones, the sum of $294.00;~~
3. ~~Defendant Alfredo Rosario Briones and Charles Schwab & Co., Inc., Custodian FBO Alfredo R. Briones IRA, the sum of $294.00;~~
4. ~~Defendant Milton K. Y. Chang, the sum of $336.00;~~
5. Defendant Dr. Hing Hua Chun, the sum of $56.00;
6. ~~Defendant Howard H. Y. Lou and Diane S. O. Ching, the sum of $56.00;~~
7. ~~Defendant Louis Joseph Markee, Jr., the sum of $14.00;~~
8. Defendant Uaukewai Diving & Salvage, the sum of $2,394.00;
9. ~~Defendant Dexter Yukio Yamamoto, the sum of $1,216.00;~~
10. ~~Defendant Irwin Toruki Yamamoto, the sum of $1,351.00;~~
12. ~~Defendant Ronald K. Yamamoto, the sum of $1,575.00;~~
13. ~~Defendant George M. Yamasaki and Charles Schwab & Co., Inc., Custodian FBO George M. Yamasaki IRA, the sum of $252.00.~~

Each with interest pursuant to 28 U.S.C. §1961 thereon at the rate of 5.411 per cent as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure that there is no just reason for delay in the entry of this judgment, and therefore, this judgment shall be entered as a separate, final judgment.

DATED this 29 day of October, 1999.

Walker D. Miller, United States District Judge

2