*76 Dorrance Street*
*Suite 200*
*Providence, RI 02903*
*Tel. 401-453-6875*
*Toll Free: 866-453-6875*
*Facsimile: 401-453-4293*

**TITLE 11 HOLDINGS, LLC**

*A National Capital Management Company*
*www.title11funding.com*

*22362 Gilberto*
*Suite 140*
*Rancho Santa Margarita,*
*CA 92688*
*Tel. 949-858-0314*
*Toll Free: 800-642-6233*
*Facsimile: 949-858-3821*

BY FIRST CLASS MAIL

U.S. District Court for the District of Hawaii
300 Ala Moana Boulevard
Room C338
Honolulu, HI 96850

Re: Record and Return Assignment of Judgment
Case No. 2004mc00217 SOM-BMK
File Date: 9/7/2004
Jeffrey A. Weinman, as Trustee for the Integra Unsecured
Creditors' Trust v. Fidelity Capital Appreciation Fund, et al.,

Dear Sir or Madam:

Please find enclosed an Assignment of Judgment, a copy of the same, and a self-addressed stamped envelope.

Please record the assignment and return the copy to my office with the Clerk's recording stamp with the associated Docket Number and Date.

This Assignment of Judgment should effectively change the name of the plaintiff in this case to: **"Title 11 Holdings, LLC."** All future executions in this matter should be issued in the name of Title 11 Holdings, LLC as the plaintiff in the case.

If you have any questions, please do not hesitate to contact me at my office in Providence, RI, at 401-453-6875. Thank you.

Sincerely,

David M. Wiernusz, Officer
Title 11 Holdings, LLC

Dated: 7/9/07

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 1 2 2007
DISTRICT OF HAWAII